IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLOCK, INC., | : | |
| Plaintiff, | : | |
| v. | : | |
| THE WUSTER, | : | CIVIL ACTION NO. |
| | : | 1:14-CV-00568-AT |
| Defendant. | : | |

# **ORDER**

Upon review of the information contained in the Joint Preliminary Planning Report and Discovery Schedule form completed by the parties, ("JPRDS", Doc. 56), the Court **ORDERS** that the time limits for adding parties amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in JPRDS.

**IT IS SO ORDERED** this 10th day of April, 2015.

_____
**Amy Totenberg**
**United States District Judge**