# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

GLOCK, INC.,

        Plaintiff(s),

vs.

THE WUSTER,

        Defendant(s).

CIVIL ACTION FILE

NO. 1:14-CV-568-AT

## DEFAULT JUDGMENT

The defendant The Wuster, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Amy Totenberg United States District Judge, by order of September 15, 2020, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

ORDERED AND ADJUDGED, that the plaintiff GLOCK, INC., recover from the defendant THE WUSTER, the amount of $886,911 for disgorged profit, $257,788 in pre-judgment interest, and $1,108,379.28 in reasonable attorney's fees and costs, for a total of $2,253,078.28. The Court PERMANENTLY ENJOINS, The Wuster, its officers, directors, or affiliate companies and persons acting on behalf from selling GLOCK replica pistols in the future or taking any other action that would infringe on GLOCK's name and trade dress and trademarks.

Dated at Atlanta, Georgia this 15th day of September, 2020.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                        By:    s/R. Bryant
                                  Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
September 15, 2020
James N. Hatten
Clerk of Court

By: s/R. Bryant
     Deputy Clerk